# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Johnathan Michael Hau          BK NO. 20-00894 RNO

         Debtor(s)          Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

         Respectfully submitted,

         **/s/ James C. Warmbrodt, Esquire**
         James C. Warmbrodt, Esquire
         KML Law Group, P.C.
         BNY Mellon Independence Center
         701 Market Street, Suite 5000
         Philadelphia, PA  19106
         215-627-1322