```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 20-00894-RNO
Jonathan Michael Hau                                                    Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-4              User: AutoDocke            Page 1 of 1              Date Rcvd: Apr 20, 2020
                                  Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: mazziehau@gmail.com Apr 20 2020 19:17:57      Jonathan Michael Hau,
                 19 Christian Lane,   Lock Haven, PA 17745-8236
5310351        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 20 2020 19:18:21      Quicken Loans,
                 1050 Woodward Ave.,   Detroit, MI 48226-1906
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                              Signature:  /s/Joseph Speetjens

---

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JONATHAN MICHAEL HAU

               **Debtor 1**

**Chapter:** 7
**Case No.:** 4-20-bk-00894 RNO

### ORDER DISMISSING CASE

IT IS ORDERED that this case is hereby dismissed because the debtor(s) failed to comply with an Order dated March 9, 2020, by failing to file the Statement of Social Security Number.

Dated: April 17, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)